NO. 07-06-0121-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL D

JULY 20, 2006

_____

MIGUEL JAIME TORREZ, APPELLANT

v.

THE STATE OF TEXAS, APPELLEE

_____

FROM THE 31st DISTRICT COURT OF LIPSCOMB COUNTY;

NO. 1105; HON. STEVEN RAY EMMERT, PRESIDING

_____

Before QUINN, C.J., and REAVIS and CAMPBELL, JJ.

**MEMORANDUM OPINION**

Pending before this Court is appellant's motion to dismiss his appeal. Appellant and his attorney both have signed the document stating that appellant withdraws his appeal. TEX. R. APP. P. 42.2(a). No decision of this Court having been delivered to date, we grant the motion. Accordingly, the appeal is dismissed. No motion for rehearing will be entertained and our mandate will issue forthwith.

James T. Campbell
Justice

Do not publish.